JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JI YAO, | ) No. C 08-0210 JW |
| Plaintiff, | ) |
| v. | ) |
| | ) **STIPULATION TO DISMISS and** |
| MICHAEL MUKASEY, United States | ) **[PROPOSED] ORDER** |
| Attorney General; | ) |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| EMILIO T. GONZALEZ, Director of United | ) |
| States Citizenship and Immigration Services; | ) |
| ROBERT S. MUELLER, III, Director of | ) |
| Federal Bureau of Investigation, | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

action without prejudice in light of the fact that the United States Citizenship and Immigration

Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

within 30 days of the dismissal of this action.

///

///

///

1    Each of the parties shall bear their own costs and fees.

2    Dated: February 26, 2008                    Respectfully submitted,

3                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
4

5
                                                 _____/s/_____
6                                                MELANIE L. PROCTOR[1]
                                                 Assistant United States Attorney
7                                                Attorney for Defendants

8

9
     Dated: February 25, 2008                    _____/s/_____
10                                               JUSTIN FOK
                                                 Attorney for Plaintiff
11

12

13                                  **ORDER**

14        Pursuant to stipulation, IT IS SO ORDERED.

15   The Court hereby terminates all pending hearings, motions and deadlines. The Clerk shall close this
     file.
16
     Date:  March 3, 2008
17                                               _____
                                                 JAMES WARE
18                                               United States District Judge

19

20

21

22

23

24

25

26   _____

27        [1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.
28

Stipulation to Dismiss
C08-0210 JW                          2